IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DONNIE DAVIS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 311-009 |
| GEORGIA DEPARTMENT OF CORRECTIONS, et al., | ) ) ) | |
| Defendants. | ) ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's claims of deliberate indifference based on his allegations that Defendant Ajibade "fail[ed] to recognize a mental health diagnosis," refused to supply Plaintiff with a wheelchair, and failed to transfer Plaintiff to a "proper medical prison," as well as the alleged failure to have a doctor present at Johnson State Prison twenty-four hours per day, are **DISMISSED**. Additionally Plaintiff's conditions of confinement claims, his claims under the Americans with Disabilities Act based on the prison grievance procedure, and Defendants Jones, Morris, Morales, Powel, Owens, and the Georgia Department of Corrections are also **DISMISSED**.

SO ORDERED this 16th day of May, 2011, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE